50715. ANDERSON et al. v. G. A. C. FINANCE CORPORATION.

Quillian, Judge.

Where as in the case sub judice a contract pursuant to

the Industrial Loan Act (Code Ann. § 25-301 et seq.; Ga. L. 1955, p. 431, as amended) provides for acceleration upon the debtor's default of "all remaining installments" of the loan which installments include unearned interest, then the contract is null and void under Code Ann. § 25-316 (Ga. L. 1955, pp. 431, 442). In such case it was error to deny the defendant's motion to set aside a judgment obtained on such contract where such motion was filed within 3 years of the entry of judgment. *Hardy v. G. A. C. Finance Corp.*, 131 Ga. App. 282 (205 SE2d 526), affirmed *G. A. C. Finance Corp. v. Hardy*, 232 Ga. 632 (208 SE2d 453). See CPA § 60 (Code Ann. § 81A-160; Ga. L. 1966, pp. 609, 662; 1967, pp. 226, 239, 240).

It is argued that a motion to set aside should be overruled since a claim in fact existed, that is, a claim for money had and received. This contention is without merit. The Supreme Court in *Hodges v. Community Loan &c. Corp.*, 234 Ga. 427 has ruled that an action is *not* sustainable for money had and received "predicated upon a contract which was null and void because its provisions violated the Industrial Loan Act. Ga. L. 1955, pp. 431, 445." Code Ann. Chapters 25-3, 25-99.

*Judgment reversed. Pannell, P. J., and Clark, J., concur.*

Argued May 28, 1975 — Decided<br>June 13, 1975.

*Richard K. Greenstein,* for appellants.
*Lucian Lamar Sneed, John W. Bland, Jr.,* for appellee.